1082

[No. 11142-0-II. Division Two. December 8, 1988.]

*In the Matter of the Welfare of* M.T., ET AL.

Appeal from judgments of the Superior Court for Pierce County, Nos. 153701, 126038, David H. Johnson, J. Pro Tem., entered April 15, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 8690-9-III. Division Three. December 8, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PAUL WARD, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 87-1-50080-1, Albert J. Yencopal, J., entered June 2, 1987. *Affirmed* by unpublished opinion per Gavin, J. Pro Tem., concurred in by Munson, A.C.J., and Green, J.

[No. 8697-6-III. Division Three. December 8, 1988.]

LARRY G. SAUNDERS, *Appellant*, v. LLOYD'S OF LONDON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 86-2-03315-1, William G. Luscher, J., entered June 5, 1987. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green, J., and McInturff, J. Pro Tem.